UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

SAMUEL SMALL,

                      Plaintiff,

  -against-

The City of New York; CHARLES J. HYNES,
District Attorney, County of Kings; MARIE
JOHN-DRIGO, Assistant District Attorney,
County of Kings; New York City Department
of Correction; Hon. Judge PATRICIA M.
DI MANGO, Supreme Court of the State of
New York, County of Kings,

                      Defendants.
-----------------------------------------------------------X

## CIVIL JUDGMENT

10-CV-0618 (CBA)

Pursuant to the Court's Memorandum and Order issued on February 18, 2010 dismissing this complaint filed under 42 U.S.C. § 1983, it is

**ORDERED, ADJUDGED AND DECREED:** That this complaint is hereby dismissed pursuant to the Younger abstention doctrine and 28 U.S.C. § 1915(e)(2)(B). The Court certifies pursuant to 28 U.S.C. § 1915(a) that any appeal from the order would not be taken in good faith and therefore *in forma pauperis* is denied for the purpose of any appeal.

/Signed by Judge Amon/
_____
Carol Bagley Amon
United States District Judge

Dated: Brooklyn, New York
        February 18, 2010